UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENRY RODRIGUEZ,

    Plaintiff,

v.                                             Case No. 8:24-cv-00680-TPB-AEP

THE PHOENIX INSURANCE
COMPANY,

    Defendants.
_____/

**ORDER**

This cause comes before the Court upon Defendant's Unopposed Motion for Order Directing Plaintiff to Attend Physical Examination. (Doc. 17). Defendant seeks to obtain a physical examination of Plaintiff, to be performed by orthopedic surgeon Steven Knezevich, M.D., because Plaintiff alleged to have suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, and aggravation of a pre-existing condition, with said injuries alleged to be either permanent or continuing in nature, as a result of a motor vehicle accident that occurred on October 25, 2022. Pursuant to Rule 35 of the Federal Rules of Civil Procedure, where an action is pending, the court may order a party whose mental or physical condition is in controversy to submit to examination by a suitably licensed or certified examiner. Fed. R. Civ. P. 35(a)(1). In this instance, the physical examination of Plaintiff relates to alleged personal injuries Plaintiff suffered and placed into issue. Defendant states that the physical

examination, to be performed by orthopedic surgeon Steven Knezevich, M.D., is now scheduled for July 19, 2024, at 4:00 p.m. at Northside Orthopedics, 3820 Northdale Blvd., #105A, Tampa, FL 33624. Accordingly, pursuant to Rule 35 of the Federal Rules of Civil Procedure, it is hereby

ORDERED:

1.  Defendant's Unopposed Motion for Order Directing Plaintiff to Attend Physical Examination (Doc. 17) is GRANTED; and

2.  Plaintiff's physical examination will proceed in the time, place, and manner and within the scope and conditions set forth herein and as stipulated between the parties.

DONE AND ORDERED in Tampa, Florida, this 25th day of June 2024.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc:  Counsel of Record